IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 16-913

| | |
|---|---|
| FRANCIS X. DE LUCA, | ) |
| Plaintiff, | ) **NOTICE OF APPEARANCE** |
| v. | ) |
| THE NORTH CAROLINA STATE BOARD OF ELECTIONS; KIM WESTBROOK STRACH, in her official capacity as the Executive Director of the State Board; and A. GRANT WHITNEY, RHONDA K. AMOROSO, JOSHUA D. MALCOLM; JAMES BAKER and MAJA KRICKER, in their official capacities as members of the State Board of Elections, | ) |
| Defendants. | ) |

Pursuant to Local Civil Rule 83.1 for the United States District Court for the Eastern District of North Carolina, Karl S. Bowers, Jr., hereby provides notice in the above-captioned case that he will appear on behalf of Plaintiff Francis X. De Luca. Mr. Bowers is admitted to practice law in the State of South Carolina, the District of Columbia, the United States District Court for the District of South Carolina, the United States Court of Appeals for the Fourth Circuit, the United States Court of Military Appeals for the Armed Forces, and the United States Supreme Court.

His contact information is as follows:Karl S. Bowers, Jr.

P.O. Box 50549
Columbia, SC 29250
Telephone: (803) 260-4124
E-mail: butch@butchbowers.com

1

Please copy Mr. Bowers on all orders, schedules, pleadings, and other filings in or related to this case.

Pursuant to Local Rule 83.1(d), Mr. Bowers agrees to ensure the presence of affiliated counsel familiar with the case and possessing authority to control the litigation at all conferences, hearings, trials, and other proceedings. Mr. Bowers hereby submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the litigation in which he is specially appearing, and he agrees that, for purposes of Federal Rule of Civil Procedure 11, the Federal Rules of Civil and Criminal Procedure, and the Local Rules of this Court, his electronic signature shall carry the same force and effect as an original signature.

Respectfully submitted,

BOWERS LAW OFFICE LLC

By: /s/ Karl S. Bowers, Jr.
Karl S. Bowers, Jr.*
Federal Bar #7716
P.O. Box 50549
Columbia, SC 29250
Telephone: (803) 260-4124
Fax: (803) 250-3985
E-mail: butch@butchbowers.com
*appearing pursuant to Local Rule 83.1(d)

*Counsel for Plaintiff Francis X. De Luca*

November 21, 2016