IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FRANCIS X. DELUCA,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; KIM WESTBROOK STRACH, in her official capacity as Executive Director of the State Board; and A. GRANT WHITNEY, RHONDA K. AMOROSO, JOSHUA D. MALCOLM, JAMES BAKER, and MAJA KRICKER, in their official capacities as members of the State Board of Elections,<br><br>    Defendants. | No. 5:16-cv-913 |

# [PROPOSED] ORDER

Upon this Court's thorough review of the Motion to Intervene as Defendants pursuant to Federal Rule of Civil Procedure 24, and after full consideration of all matters brought before the Court regarding the Motion, for good cause shown it is hereby ordered that:

1. The Motion is GRANTED;

2. The League of Women Voters of North Carolina, North Carolina A. Philip Randolph Institute, Common Cause North Carolina, Kay Brandon, Sara Stohler, Hugh Stohler, Anthony Mikhail Lobo, Anna Jaquays, and Michael T. Kuykendall ("Defendant-Intervenors") may intervene in this action;

3. The clerk is directed to accept Defendant-Intervenors' Motion to Dismiss and Memorandum in Support of Motion to Dismiss as properly filed.

It is so ordered.

_____          _____
Date                                     The Hon. James C. Dever III
                                         United States District Judge