IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FRANCIS X. DELUCA, <br><br> Plaintiff, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS; KIM WESTBROOK STRACH, in her official capacity as Executive Director of the State Board; and A. GRANT WHITNEY, RHONDA K. AMOROSO, JOSHUA D. MALCOLM, JAMES BAKER, and MAJA KRICKER, in their official capacities as members of the State Board of Elections, <br><br> Defendants. | No. 5:16-cv-913 |

## [PROPOSED] ORDER

Upon this Court's thorough review of the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and after full consideration of all matters brought before the Court regarding the Motion, for good cause shown it is hereby ordered that:

1. The Motion is GRANTED;
2. The Complaint in this action is dismissed;

It is so ordered.

_____     _____
Date                                                                     The Hon. James C. Dever III
                                                                               United States District Judge