IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-913-D

| | |
|---|---|
| FRANCIS X. DE LUCA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| THE NORTH CAROLINA ) | |
| STATE BOARD OF ELECTIONS, ) | |
| KIM WESTBROOK STRACH, ) | |
| A. GRANT WHITNEY, ) | |
| RHONDA K. AMOROSO, ) | |
| JOSHUA D. MALCOLM, ) | |
| JAMES BAKER, and MAJA KRIKER, ) | |
| ) | |
| Defendants. ) | |

On November 23, 2016, proposed defendant-intervenors moved to intervene as of right or permissibly and filed a supporting memorandum. See [D.E. 11, 12]; Fed. R. Civ. P. 24(a), (b). In their motion, proposed defendant-intervenors state that defendants do not oppose the motion to intervene and that plaintiff opposes the motion to intervene. See [D.E. 11] 2. On November 28, 2016, plaintiff filed a memorandum in opposition to proposed defendant-intervenors' motion to intervene. See [D.E. 16]. On November 28, 2016, proposed defendant-intervenors replied. See [D.E. 17].

Th court has considered the entire record and governing precedent. The court GRANTS proposed defendant-intervenors' motion for permissive intervention under Federal Rule of Civil Procedure 24(b)(1) [D.E. 11]. Defendant-intervenors may file a response in opposition to plaintiff's motion for a preliminary injunction. Any such response is due no later 5:00 p.m. on Wednesday,

November 30, 2016. Because of a pending criminal trial that is expected to continue into Friday morning on December 2, 2016, the court reschedules the preliminary injunction hearing until 1:00 p.m. on Friday, December 2, 2016.

SO ORDERED. This **29** day of November 2016.

                                                        JAMES C. DEVER III
                                                        Chief United States District Judge