# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FRANCIS X. DELUCA, <br><br> Plaintiff, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS; KIM WESTBROOK STRACH, in her official capacity as Executive Director of the State Board; and A. GRANT WHITNEY, RHONDA K. AMOROSO, JOSHUA D. MALCOLM, JAMES BAKER, and MAJA KRICKER, in their official capacities as members of the State Board of Elections, <br><br> Defendants. | NO. 5:16-CV-913 |

## [PROPOSED] ORDER

Upon this Court's thorough review of the Motion to Intervene as a Defendant filed by the North Carolina State Conference of the National Association for the Advancement of Colored People ("Defendant-Intervenor"), brought pursuant to Federal Rule of Civil Procedure 24, and after full consideration of all matters brought before the Court regarding the Motion, for good cause shown it is hereby ordered that:

1. The Motion is GRANTED;

2. Defendant-Intervenor may intervene in this action as a defendant;

3. The Clerk is directed to accept Defendant-Intervenor's attached Declaration as properly filed.

It is so ordered.

_____          _____
Date                                                                      The Hon. James C. Dever III
                                                                                   United States District Judge