IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-913-D

| | | |
|---|---|---|
| FRANCIS X. DE LUCA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| THE NORTH CAROLINA | ) | |
| STATE BOARD OF ELECTIONS, | ) | |
| KIM WESTBROOK STRACH, | ) | |
| A. GRANT WHITNEY, | ) | |
| RHONDA K. AMOROSO, | ) | |
| JOSHUA D. MALCOLM, | ) | |
| JAMES BAKER, and MAJA KRIKER, | ) | |
| | ) | |
| Defendants. | ) | |

On November 29, 2016, proposed defendant-intervenor North Carolina State Conference of the NAACP filed a motion to intervene [D.E. 21] as of right or permissibly and filed a supporting memorandum. See [D.E. 21, 22]; Fed. R. Civ. P. 24(a), (b). In its motion, proposed defendant-intervenor states that it does not know defendants' position concerning the motion to intervene, that plaintiff opposes the motion to intervene, and that defendant-intervenors support the motion. See [D.E. 21] 3.

The court has considered the entire record and governing precedent. The court GRANTS proposed defendant-intervenor's motion for permissive intervention under Federal Rule of Civil Procedure 24(b)(1) [D.E. 21]. Defendant-intervenor may file a response in opposition to plaintiff's motion for a preliminary injunction. Any such response is due no later 5:00 p.m. on Monday, December 5, 2016.

SO ORDERED. This 30 day of November 2016.

                                      JAMES C. DEVER III
                                      Chief United States District Judge