UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FRANCIS X. DELUCA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CARLINA STATE BOARD OF ELECTIONS; KIM WESTBROOK STRACH, in her official capacity as Executive Director of the State Board; and A. GRANT WHITNEY, RHONDA K. AMOROSO, JOSHUA D. MALCOLM, JAMES BAKER, and MAJA KRICKER, in their official capacities as members of the State Board of Elections, | ) NO.: 5:16-CV-913 |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, *et al*., | ) |
| | ) |
| Defendant-Intervenors, | ) |
| | ) |
| and | ) |
| | ) |
| NORTH CAROLINA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, | ) |
| | ) |
| Defendant-Intervenor. | ) |

**DEFENDANT-INTERVENOR NORTH CAROLINA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE'S MOTION TO DISMISS OR SUMMARILY DENY PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a), Local Civil Rule 7.1(e), and Local Civil Rule 11.1, Defendant-Intervenor North Carolina State Conference of the National Association for the Advancement of Colored People ("NC NAACP") respectfully requests that the Court dismiss or summarily deny Plaintiff's motion for a preliminary injunction.

As set forth in the accompanying memorandum in support of this motion, Plaintiff filed for a preliminary injunction on November 23, 2016. In his motion, Plaintiff assured the Court that he would file the requisite supporting memorandum setting forth the legal and evidentiary basis for his motion, but to date has failed to do so. This is not only a clear violation of Local Rule 7.1(e), which requires a supporting memorandum, but also disregards clear Supreme Court and Fourth Circuit authority placing the burden on Plaintiff to present arguments supporting his requested injunctive relief. This Court regularly denies motions, including preliminary injunction motions, for failure to provide supporting evidence and arguments.

For the same reason, conducting a hearing on a motion that is not supported by any legal or factual arguments would waste this Court's and the parties' resources, and therefore we request that the preliminary injunction hearing scheduled for December 8, 2016, be canceled. Finally, no justification exists for allowing Plaintiff to cure his omission by extending the deadlines already set, as further delay would effectively reward Plaintiff's dilatory behavior by granting him the relief he seeks.

December 2, 2016                                Respectfully submitted,

                                                /s/ Martha A. Geer
                                                Martha A. Geer (Bar No. 13972)
                                                COHEN MILSTEIN SELLERS &
                                                    TOLL PLLC
                                                150 Fayetteville Street
                                                STE. 980
                                                Raleigh, NC 27601
                                                Telephone:  919-890-0560
                                                Facsimile:   202-408-4699
                                                Email:  mgeer@cohenmilstein.com

                                                Joseph M. Sellers
                                                Brian Corman
                                                COHEN MILSTEIN SELLERS &
                                                    TOLL PLLC
                                                1100 New York Avenue, N.W.
                                                East Tower, STE. 500
                                                Washington, DC 20005-3964
                                                Telephone:  202-408-4600
                                                Facsimile:   202-408-4699
                                                Email:  jsellers@cohenmilstein.com
                                                Email:  bcorman@cohenmilstein.com

                                                Irving Joyner (Bar No. 7830)
                                                P. O. Box 374
                                                Cary, North Carolina 27512
                                                Telephone:  919-319-8353
                                                Email: ijoyner@NCCU.EDU

                                                Penda D. Hair
                                                Caitlin A. Swain
                                                Leah J. Kang
                                                FORWARD JUSTICE
                                                1401 New York Ave., NW, STE 1225
                                                Washington, DC 20005
                                                Telephone: (202) 256-1976
                                                Email: phair@forwardjustice.org
                                                Email:  cswain@forwardjustice.org
                                                Email:  lkang@forwardjustice.org

                                                *Attorneys for North Carolina State Conference
                                                of the National Association for the
                                                Advancement of Colored People*

# CERTIFICATE OF SERVICE

I certify that on this day I filed the foregoing "**Defendant-Intervenor North Carolina State Conference Of The National Association For The Advancement Of Colored People's Motion To Dismiss Or Summarily Deny Plaintiff's Motion For A Preliminary Injunction**" with the clerk's office via the CM/ECF system, which will send notification of filing to the following counsel of record:

Karl S. Bowers, Jr.
P.O. Box 50549
Columbia, SC 29250
Telephone: 803-260-4124
butch@butchbowers.com

Joshua Brian Howard
Gammon, Howard & Zeszotarski PLLC
115 ½ West Morgan Street
Raleigh, NC 27601
Telephone: 919-521-5878
jhoward@ghz-law.com

Alexander M. Peters
James Bernier
Office of the Attorney General
P.O. Box 629
Raleigh, NC 27602
apeters@ncdoj.gov
jbernier@ncdoj.gov

Joshua Lawson
General Counsel
North Carolina State Board of Elections
441 N. Harrington St.
Raleigh, NC 27603
Telephone: 919-715-9194
joshua.lawson@ncsbe.gov

Allison J. Riggs
Anita S. Earls
Emily E. Seawell
Southern Coalition for Social Justice
1415 W. Highway 54, Suite 101
Durham, NC 27707
Phone: 919-323-3380
Facsimile: 919-323-3942
allison@southerncoalition.org

This the 2nd Day of December, 2016.

                                                               */s/ Martha A. Geer*