# ATTACHMENT INDEX

| | |
|---|---|
| **ATTACHMENT 1** | Colin Campbell & Lynn Bonner, "Civitas sues to stop final NC vote count, cites concerns about same-day registration," *News & Observer*, Nov. 22, 2016. |
| **ATTACHMENT 2** | Mark Binker & Cullen Browder, "Civitas suit: Verify addresses on all one-stop votes," *WRAL.com*, Nov. 22, 2016. |
| **ATTACHMENT 3** | *Dew v. Colvin*, No. 4:12-cv-129-D, 2013 WL 4523617 (E.D.N.C. Aug. 27, 2013) |
| **ATTACHMENT 4** | *Mission Essential Personnel, LLC v. Worldwide Language Res., Inc.*, No. 5:12-cv-294-D, 2013 WL 5442212 (E.D.N.C. Sept. 27, 2013) |
| **ATTACHMENT 5** | *Lloyd v. New Hanover Reg'l Med. Ctr.*, No. 7:06-cv-130-D, 2009 WL 674394 (E.D.N.C. Mar. 11, 2009) |
| **ATTACHMENT 6** | *Higgins v. Spence & Spence, PA,* No. 5:07-cv-33-D(1), 2009 WL 536069 (E.D.N.C. Mar. 3, 2009) |
| **ATTACHMENT 7** | *Harleysville Life Ins. Co. v. Harrelson*, No. 7:10-cv-00051-DAN, 2011 WL 4544047 (E.D.N.C. Sept. 29, 2011) |
| **ATTACHMENT 8** | *Sager v. Standard Ins. Co.*, No. 5:08-cv-628-D, 2010 WL 2772433 (E.D.N.C. July 12, 2010) |
| **ATTACHMENT 9** | *Galaton v. Johnson*, No. 5:11-cv-397-D, 2011 WL 9688271 (E.D.N.C. Aug. 17, 2011) |
| **ATTACHMENT 10** | *Slide-Lok Modular Storage Sys. Inc. v. Flexmar Coatings, LLC*, No. CV 08-0279-PHX-MHM, 2008 WL 4649035 (D. Ariz. Oct. 21, 2008). |