# Attachment 1



**UNDER THE DOME**    NOVEMBER 22, 2016 11:23 AM

# Civitas sues to stop final NC vote count, cites concerns about same-day registration

**Under the Dome**
Your inside source on North Carolina politics and government

**Error loading media: File could not be played**



1 of 3

Francis De Luca, president of the conservative Civitas Institute, explains why his organization has filed a lawsuit challenging votes cast using same-day registration. **Colin Campbell** - ccampbell@newsobserver.com

BY COLIN CAMPBELL AND LYNN BONNER
ccampbell@newsobserver.com
lbonner@newsobserver.com

The Civitas Institute, a conservative organization in Raleigh, has filed a federal lawsuit to delay a final count of ballots in this month's election.

The suit filed Monday is over same-day registrants, the more than 90,000 people who registered to vote and voted on the same day prior to the Nov. 8 general election.

Case 5:16-cv-00913-D    Document 40-2    Filed 12/02/16    Page 2 of 8

Civitas says in its lawsuit that there's not enough time between their registration and the State Board of Elections counting their ballots for the local county boards of election to verify applicants' addresses. County boards mail new applicants notices to verify their addresses; if the notices are sent back as "undeliverable," the voters' registrations aren't valid. The process takes up to 30 days if the boards act promptly, the lawsuit says.

"It's very simple: It's about treating all voters fairly," Civitas president Francis De Luca said Tuesday. "The people who register the normal way get treated one way, and the people who register same-day registration need to be treated the exact same way."

[McCrory requests recount of contested NC election]

[Rep. Marilyn Avila seeks recount in close NC House race]

[White House spokesman offers subtle advice to NC governor who won't concede]

[Cooper starts transition before vote count final]

[Legislature could revisit election laws in wake of McCrory complaints, Moore says]

The state has had same-day registration since 2007. The legislature had sought to eliminate the option, but it was restored when a federal court overturned the state's voter ID law earlier this year.

Voters using same-day registration to cast ballots during early voting must provide a photo identification or other proof of residency – such as a utility bill showing a current address.

But Civitas points to studies showing that a number of same-day registrations are later rejected when the mail verification process finds problems with the registration.

A State Board of Elections review of 2012 voter registrations found that 2.44 percent of voters who used same-day registration did not pass the mail verification process – but that process sometimes wasn't finished when the voters' ballots were counted. The failure rate was 3.2 percent during a three-month period at the beginning of 2012, when no early voting was taking place.

Bob Hall of the nonprofit Democracy North Carolina disputes the Civitas claims about the same-day registration process. "It's just as reliable if not more reliable than the regular registration process," he said, adding that the option was used "disproportionately" by registered Republicans during this election. "We have just gone through a court battle over same-day, and the 4th Circuit has declared that it shall be used."

Hall noted that some mailed registrations are returned as "undeliverable" because the voter moved after Election Day. "The people that use same-day are disproportionately under 30 years old," he said. "They are more transient than the ordinary voter."

The Civitas lawsuit comes as Gov. Pat McCrory's campaign alleges voter fraud as he trails Democrat Roy Cooper in the vote count. Democrats are pressing McCrory to concede.

"It seems like another attempt to throw a monkey wrench in the ongoing election that doesn't want to end," Hall said of the lawsuit.

Case 5:16-cv-00913-D   Document 40-2   Filed 12/02/16   Page 3 of 8

Civitas' concerns could become moot because the election results might not be certified for weeks amid Republican protests of votes. The mail verification process for voters who used same-day registration will be complete by early December.

De Luca said that neither the McCrory campaign nor the N.C. Republican Party were involved in his organization's actions. He said Civitas wanted to file the complaint two weeks ago but had difficulty getting a lawyer to take the case.

"The first attorney that was going to work with our attorney, their firm vetoed his working on it," De Luca said. "They felt it was too political."

One of the attorneys representing Civitas in the case is Josh Howard, the former chairman of the State Board of Elections. In addition to the federal lawsuit, Civitas has filed a complaint with the elections board.

Cooper's campaign issued a news release Tuesday afternoon criticizing Civitas.

"Today's lawsuit by Civitas is just the latest effort to disenfranchise legally registered voters," Cooper spokesman Ford Porter said. "Instead of attacking North Carolina voters and undermining our democratic process, Gov. McCrory needs to accept his defeat and concede."

De Luca said Civitas is looking beyond this year's contested election. Legislative leaders have said they might revisit election laws next year.

"We think same-day registration is a bad policy," De Luca said. "This is the about the best way we can use the courts to show that it is."

**Error loading media: File could not be played**





### Protesters outside Board of Elections meeting

Protesters from Progress NC Action, EqualityNC and the Human Rights Campaign greet attendees of a special meeting of the NC State Board of Elections concerning challenges to the vote count in the race for governor.
**Chuck LIddy** - cliddy@newsobserver.com

**Error loading media: File could not be played**

### Roy Cooper declares victory in video released Sunday

Democrat Roy Cooper released a video Sunday, Nov. 22, 2016 thanking his supporters and declaring victory in the still-contested race for governor against incumbant Pat McCrory.

**Cooper for Govneror**

*Colin Campbell: 919-829-4698, @RaleighReporter*

[North Carolina 2016 election results]

### Election status of NC counties

Not all North Carolina counties have completed their final canvass from the Nov. 8 general election. This list shows the status as of 11 a.m. Wednesday, Nov. 22.

Show 10 entries

| County ▼ | Status |
|---|---|
| ALAMANCE | Final Election Night Results (unofficial) |
| ALEXANDER | Final Election Night Results (unofficial) |
| ALLEGHANY | Final Election Night Results (unofficial) |
| ANSON | Final Canvass Results (official) |

### RELATED CONTENT

- Civitas files lawsuit challenging same-day registration votes
- Protesters outside Board of Elections meeting
- Roy Cooper declares victory in video released Sunday
- McCrory requests recount of contested NC election

**MORE UNDER THE DOME**

**YOU MAY LIKE**  *Sponsored Links by Taboola*

**Chelsea Clinton't Net Worth Doesn't Make Any Sense**
Detonate

**Lung Cancer: Causes, Symptoms, and Treatments**
WebMD

**35 Circus Freaks From The Past That Will Freak You Out**

**Frank151**

**The 'ab crack' is newest body trend to spark social media outrage**
OddChatter

## COMMENTS

30 Comments                                                  Sort by  Oldest

Add a comment...

**Gork Boneman** · Raleigh, North Carolina
You all know who Civitas is, right? Art Pope is determined to continue running the state.

Like · Reply · 👍 26 · Nov 22, 2016 8:37am

    **Loose Tea**
    Ali Akbar This is such BS . . . really . . . please

    Like · Reply · 👍 1 · Nov 22, 2016 11:30am

    **Kent Parks** · Raleigh, North Carolina
    Loose Tea look it up--Civitas is Art Pope's group.

    Like · Reply · 👍 3 · Nov 22, 2016 7:06pm

    **Tim Peck** · Asheville, North Carolina
    I L O V E Art Pope! I want to have his baby.

    Like · Reply · Nov 23, 2016 6:23am · Edited

    Show 1 more reply in this thread

**Marc Liles** · Owner at Self-Employed
Having received this news has further energized me to donate more to the Cooper Campaign for its legal team. On another note, it would be nice to know what law firms are representing Civitas and the other folks represnting the McCrory Campaign and the Republican Party in these actions.

Like · Reply · 👍 17 · Nov 22, 2016 8:47am

**Elizabeth McMahon**
McCrory, you lost. You're a loser. Concede now.

Like · Reply · 👍 14 · Nov 22, 2016 8:54am

    **Kling Bostrom** · Veterinarian at Hickory Veterinary Hospital
    Each day McCrory drags this out shows what a selfish jerk he is. Be a man and concede. Can he not see that even if the NC GOP could rig this for him, it would hurt the state he pretends to love. Him and the NC GOP have continued to engage in big government overreach that completely ignores the wishes of the people. They have repeatedly reached down to control local governements and crush people's wishes, so McCrory's action is not surprising.

    Like · Reply · 👍 5 · Nov 22, 2016 3:14pm

    **Elizabeth McMahon**
    Kling Bostrom you left out whiny. Selfish, whiny jerk.

    Like · Reply · 👍 2 · Nov 22, 2016 5:42pm

**Jeannine Guthrie**
McCrory needs to fold and he needs to fold now. With every new initiative these people demonstrate that they are fundamentally opposed to democracy. If McCrory behaves like some tin pot dictator, I say we treat him like one.

Like · Reply · 👍 12 · Nov 22, 2016 8:54am

    **Dave Thompson**
    That would be too good for Eunice.

    I think she might enjoy such treatment.

Case 5:16-cv-00913-D   Document 40-2   Filed 12/02/16   Page 7 of 8

Case 5:16-cv-00913-D Document 40-2 Filed 12/02/16 Page 8 of 8