# Attachment 2



# Civitas suit: Verify addresses on all one-stop votes

**Tags:** Gubernatorial Campaign, Civitas, Elections

Posted November 22

600    0  72 Reactions

This page can't be displa

- Make sure the web address https://www.wral.com is correct.
- Look for the page with your search engine.
- Refresh the page in a few minutes.

**MORE ON THIS**

- State board to counties: Keep counting
- NCGOP attorney demands recount after Durham voting machine error
- Civitas filing re: same day registration

By Mark Binker and Cullen Browder

RALEIGH, N.C. — The conservative Civitas Institute has filed a federal lawsuit to stop the votes of people who registered to vote and voted on the same day from counting unless their addresses are verified.

Case 5:16-cv-00913-D   Document 40-3   Filed 12/02/16   Page 2 of 4



Another lawsuit stalls outcome of NC vote count

Francis De Luca, president of the nonprofit, acknowledges that the challenge is unlikely to change the outcome of any races.

"Even if they follow what we are requesting, the results aren't going to change in most of the races," De Luca said.

The Civitas suit throws another wrinkle into what is already a complex election landscape. De Luca and his group have complained about same-day registration for years, saying it opens the state up to voter fraud.

"We think it's important to create a record about the chaos and turmoil same-day registration brings to the election process," he said.

Voter rights advocacy groups say that it gives many people, particularly young and poor individuals, an opportunity to vote.

"To count ballots without verification of same-day registration information discriminates by treating one class of voters differently from another," said De Luca. "The State Board of Elections should examine every ballot cast via same-day registration to verify that every vote cast is genuine and legitimate."

Attorney General Roy Cooper, a Democrat, holds a slim 6,150-vote lead over Gov. Pat McCrory, a Republican, in the race for the governor's mansion. The State Board of Elections on Tuesday was hashing out how to handle certain categories of challenged votes.

Attorney Marc Ellis, who works for Cooper's campaign, released a statement Tuesday afternoon in response to the lawsuit.

"Since losing on Election Day, Gov. McCrory has sought to undermine the results of this election. Republican-controlled boards of elections have overwhelmingly dismissed the McCrory campaign's baseless complaints," the statement said. "Today's lawsuit by Civitas is just the latest effort to disenfranchise legally registered voters. Instead of attacking North Carolina voters and undermining our democratic process, Gov. McCrory needs to accept his defeat and concede."

**CREDITS**

**Reporters**                    Mark Binker

|  |  |
|---|---|
| **Photographer** | Cullen Browder<br>Greg Clark |

Copyright 2016 by Capitol Broadcasting Company. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

