IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:16-913-D

| | |
|---|---|
| FRANCIS X. DE LUCA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE NORTH CAROLINA STATE )<br>BOARD OF ELECTIONS; KIM )<br>WESTBROOK STRACH, in her official )<br>capacity as the Executive Director of the )<br>State Board; and A. GRANT WHITNEY, )<br>RHONDA K. AMOROSO, JOSHUA D. )<br>MALCOLM; JAMES BAKER and MAJA )<br>KRICKER, in their official capacities as )<br>members of the State Board of Elections, )<br>)<br>Defendants, )<br>and )<br>)<br>LEAGUE OF WOMEN VOTERS OF )<br>NORTH CAROLINA, NORTH )<br>CAROLINA A. PHILIP RANDOLPH )<br>INSTITUTE, COMMON CAUSE NORTH )<br>CAROLINA, KAY BRANDON, SARA )<br>STOHLER, HUGH STOHLER, )<br>ANTHONY MIKHAIL LOBO, ANNA )<br>JAQUAYS, and MICHAEL T. )<br>KUYKENDALL, NORTH CAROLINA )<br>STATE CONFERENCE OF THE )<br>NATIONAL ASSOCIATION FOR THE )<br>ADVANCEMENT OF COLORED )<br>PEOPLE, )<br>)<br>Defendant-Intervenors, ) | **AFFIDAVIT OF<br>CHERIE POUCHER** |

Personally appeared before me, Cherie Poucher, who first being duly sworn deposes and says:

1. I am over the age of twenty-one (21) years, am under no disability, and am competent to give testimony. I understand that this Affidavit will be submitted as evidence in the above-referenced lawsuit.

2. I served as the Director of Elections for Wake County, North Carolina for 24 years. I retired in 2015. I served as the legislative liaison for the North Carolina Director's Association. I am a certified election registration administrator through the Elections Center.

3. Given my experience, I am intimately familiar with the administration of elections in North Carolina and the statutes and practices governing same-day registration and the verification of newly-registered voters.

4. I have sought out and studied election public data surrounding the 2016 General Election. Toward this goal, I made informal and formal public records requests of Wake County on or about November 20, 2016. They have not responded.

5. In an effort to explore the data and file designations further, I asked the State Board for clarification about the data file on November 30, 2016 and have not received a response.

6. It appears from data on the State Board of Elections website on December 2, 2016 that 100,415 people registered through same-day registration during the 2016 General Election. It further appears that 85,337 of those registrants have been verified. This would appear to leave 15,078 of those SDR participants unverified as of December 2, 2016. Given my review of the data and discussions with elections officials, I am concerned either or both the State Board's data file or my reading of it may be incorrect.

7. I have nonetheless been able to confirm with the Director of Elections in Moore County that data I found on the State Board site about their county's verifications efforts seems to be in error. The site suggests that county has no second mailings pending as part of the verifications process when in fact Moore County does have such mailings pending as of December 2, 2016. The same error appears common in the data for many counties.

FURTHER AFFIANT SAYETH NOT.

_Cherie Poucher_
Cherie Poucher

North Carolina
__Wake__ County

Sworn to before me this
__3__ day of December, 2016

_Kate Sweet_

My commission expires: __5/11/2019__

[Notary Seal: KATE SWEET, NOTARY PUBLIC, WAKE COUNTY, NC]