UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FRANCIS X. DELUCA<br><br>    Plaintiff,<br><br>v.<br><br>NORTH CARLINA STATE BOARD OF ELECTIONS; KIM WESTBROOK STRACH, in her official capacity as Executive Director of the State Board; and A. GRANT WHITNEY, RHONDA K. AMOROSO, JOSHUA D. MALCOLM, JAMES BAKER, and MAJA KRICKER, in their official capacities as members of the State Board of Elections,<br><br>    Defendants,<br><br>and<br><br>LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, *et al.*,<br><br>    Defendant-Intervenors,<br><br>and<br><br>NORTH CAROLINA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>    Defendant-Intervenor. | NO.: 5:16-CV-913 |

### ORDER

Upon this Court's thorough review of the Motion for a Stay of the Briefing Schedule by Defendant-Intervenor North Carolina State Conference of the National

Association for the Advancement of Colored People ("NC NAACP") pursuant to Federal Rule of Civil Procedure 6(b), and after full consideration of all matters brought before the Court regarding the Motion, for good cause shown it is hereby ordered that:

1. The Motion is GRANTED;

2. The deadline for filing any oppositions to Plaintiff's Motion for a Preliminary Injunction shall be 5:00 pm on Tuesday, December 6, 2016.

It is so ordered.

12/5/16
Date

_____
The Hon. James C. Dever III
Chief United States District Court Judge