IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FRANCIS X. DELUCA,<br><br>       Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; KIM WESTBROOK STRACH, in her official capacity as Executive Director of the State Board; and A. GRANT WHITNEY, RHONDA K. AMOROSO, JOSHUA D. MALCOLM, JAMES BAKER, and MAJA KRICKER, in their official capacities as members of the State Board of Elections,<br><br>       Defendants,<br><br>and<br><br>LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, *et al.*,<br><br>and<br><br>NORTH CAROLINA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>       Defendant-Intervenors, | No. 5:16-cv-913 |

## PROPOSED] ORDER

THIS MATTER coming before the Court on the Motion for Leave to File Brief *Amicus Curiae* of Senator Daniel Blue Jr., Representative Verla Insko, Senator Floyd McKissick Jr., Representative Mary Price Taylor Harrison, Representative Michael H. Wray, Senator Angela R. Bryant, and Representative Susan C. Fisher in Support of Defendant-Intervenors, and IT IS HEREBY ORDERED THAT:

The motion is GRANTED. The Clerk is hereby directed to enter on the docket the Brief *Amicus Curiae* of Senator Daniel Blue Jr., *et al.* in support of Defendant-Intervenors.

So ordered this ____ day of December, 2016.

_____
The Hon. James K. Bredar
United States District Judge


Prepared by:

John R. Wallace
N.C. Bar No. 7374
Post Office Box 12065
Raleigh, North Carolina 27605
(919) 782-9322 – telephone
(919) 782-8113 – facsimile

*Attorney for Proposed Amici*