IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:16-913-D

| | |
|---|---|
| FRANCIS X. DE LUCA,<br><br>    Plaintiff,<br><br>  v.<br><br>THE NORTH CAROLINA STATE BOARD OF ELECTIONS; KIM WESTBROOK STRACH, in her official capacity as the Executive Director of the State Board; and A. GRANT WHITNEY, RHONDA K. AMOROSO, JOSHUA D. MALCOLM; JAMES BAKER and MAJA KRICKER, in their official capacities as members of the State Board of Elections,<br><br>    Defendants,<br>and<br><br>LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE, COMMON CAUSE NORTH CAROLINA, KAY BRANDON, SARA STOHLER, HUGH STOHLER, ANTHONY MIKHAIL LOBO, ANNA JAQUAYS, and MICHAEL T. KUYKENDALL, NORTH CAROLINA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>    Defendant-Intervenors, | **PLAINTIFF'S MOTION TO WITHDRAW REQUEST FOR INJUNCTION** |

NOW COMES Plaintiff, Francis X. De Luca, by and through undersigned counsel, respectfully submits this motion to withdraw Plaintiff's Motion for Preliminary

Injunction (DE #9) and to stay the briefing schedule of this matter until further order of the Court.

In support of this Motion, Plaintiff submits that rulings of the North Carolina Board of Elections on protests, challenges, and recounts since the filing our injunction request have changed the exigencies of the harm analysis relevant to granting such swift relief. Plaintiff's desire to pursue the underlying Complaint and cause of action abides.

Plaintiff further moves to stay the briefing calendar to the extent it was relevant to the injunction effort until further scheduling Orders of this Court. Counsel notes he alerted counsel for the Defendant and Intervenors of intention to file this Motion and all three groups consent to the motion.

Wherefore Plaintiff moves the Court to grant the Motion to Withdraw his Motion for Preliminary Injunction (DE #9) and to abate the current briefing schedule in favor of a traditional docketing schedule.

This the 5th day of December, 2016.

Respectfully submitted,

By: /s/ Josh Howard
Josh Howard
NC Bar No. 26902
115 ½ West Morgan Street
Raleigh, NC 27601
(919) 521-5878
Fax: (919) 882-1898
jhoward@ghz-law.com

By: /s/ Karl S. Bowers, Jr.
Karl S. Bowers, Jr.*
Federal Bar #7716
P.O. Box 50549
Columbia, SC 29250
(803) 260-4124
Fax: (803) 250-3985
butch@butchbowers.com
*appearing pursuant to Local Rule 83.1(d)


*Attorneys for Plaintiff Francis X. De Luca*

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing MEMORANDUM through the electronic service function of the Court's electronic filing system, as follows:

Joshua Lawson
Katelyn Love
NC Board of Elections
441 N. Harrington Street
Raleigh, NC 27603

Allison Jean Riggs
Anita S. Earls
Southern Coalition for Justice
1415 West Highway 54, Suite 101
Durham, NC 27707

Irving L. Joyner
P.O. Box 374
Cary, NC 27512

Martha A. Geer
Cohen Milstein Seller & Toll, PLLC
150 Fayetteville St., Suite 980
Raleigh, NC 27601

Leah Kang
Caitlin Swaim
Penda D. Hair
1401 New York Ave., NW Ste. 1225
Washington, DC 20005

This the 5th day of December, 2016.

/s/ Josh Howard
Counsel for Plaintiff