# NORTH CAROLINA VOTER REGISTRATION APPLICATION

06w

Please use black ink and print legibly.

**1** Are you a citizen of the United States of America? ☐ Yes ☐ No

**IF YOU CHECKED "NO" IN RESPONSE TO THIS QUESTION, DO NOT SUBMIT THIS FORM.**

Will you be at least 18 years of age on or before election day? ☐ Yes ☐ No

Are you at least 16 years of age and understand that you must be 18 years of age on or before election day to vote? ☐ Yes ☐ No

**IF YOU CHECKED "NO" IN RESPONSE TO BOTH OF THESE QUESTIONS, DO NOT SUBMIT THIS FORM.**

**2**
- Last Name (Required)
- First Name (Required)
- Middle Name (Required)
- ☐ Jr. ☐ Sr. ☐ II ☐ III ☐ IV ☐ V

**3**
- Date of Birth MMDDYYYY (Required)
- State of Birth/Country of Birth
- If you know your NC Voter Registration Number, enter it below.
- If you have a NC drivers license or non-operators ID card, enter the number below.
- Enter the last 4 digits of your SSN.
- ☐ Check here if you do not have a NC drivers license, ID card, or a SSN.

**RESIDENTIAL ADDRESS INFORMATION - No P.O. Boxes or Rural Routes**

**4**
- Street Address where you live (Required)
- Apartment, Lot, or Unit Number
- City (Required)
- State: N C
- Zip Code
- County
- Have you lived here for 30 days or more? ☐ Yes ☐ No
- If "No," date moved? MMDDYYYY
- Phone (Optional)

**MAILING ADDRESS**

**5**
- Mailing Address (If you do not receive mail at your residential address)
- Mailing Address Line 2
- City
- State
- Zip Code

**MAP/DIAGRAM** If you do not have a street address, draw a map of where you reside. Please include roads and landmarks.

**6**

| GENDER | RACE | ETHNICITY | POLITICAL PARTY AFFILIATION |
|---|---|---|---|
| ☐ Female | ☐ African American/Black ☐ American Indian/Alaska Native | ☐ Hispanic/Latino | ☐ Democrat ☐ Republican ☐ Libertarian |
| ☐ Male | ☐ Asian ☐ Multiracial | ☐ Not Hispanic/Latino | ☐ Unaffiliated ☐ Other _____ |
| | ☐ White ☐ Other | | If you indicate a political party that is not currently qualified, or you do not indicate a choice, you will be listed as "Unaffiliated." |

**PREVIOUS VOTER REGISTRATION** *(This information will be used to cancel your previous voter registration in another county or state.)*

**7**
- Last Name used in Previous Registration
- First Name used in Previous Registration
- Previous Address
- Previous County
- Previous City
- Previous State
- Previous Zip Code

I attest, under penalty of perjury, that in addition to having read and understood the contents of this form, that:
· I am a United States citizen, as indicated above;
· I am at least 18 years of age, or will be by the date of the general election; or I am at least 16 years old and understand that I must be at least 18 years old on election day of the general election to vote;
· I shall have been a resident of North Carolina, this county, and precinct for 30 days before the election in which I intend to vote;
· I will not vote in any other county or state after submission of this form and if I am registered elsewhere, I am canceling that registration at this time; and
· I have not been convicted of a felony, or if I have been convicted of a felony, I have completed my sentence, including any probation or parole. (Citizenship and voting rights are automatically restored upon completion of the sentence. No special document is needed.)

**Fraudulently or falsely completing this form is a Class I Felony under Chapter 163 of the NC General Statutes.**

X _____
Signature (Required)          Date

# NC VOTER REGISTRATION APPLICATION INSTRUCTIONS

## You may use this form to:

- Register to vote in your county of residence in North Carolina.
- Preregister to vote if you are 16 or 17 years old.
- Update your name, address, party affiliation, or other information in your voter registration record.
- Cancel your previous registration in a previous county or state.

## Eligibility to vote:

- You must be a citizen of the United States.
- You must be at least 18 years of age, or you will be 18 years of age by the next general election and you are voting in the primary.
- You must have resided in the precinct for at least 30 days prior to the election.
- You must not be currently serving a felony sentence. If previously convicted of a felony, you must have fully completed your sentence, including probation and/or parole. No special document is required.

## Identification Requirements:

*Registration ID* — Under federal and state law, if you register to vote by mail and do not provide a valid identification number in Section 3 on this form, you must enclose a copy of one of the following documents with this application:

- A current and valid photo ID.
- A current utility bill, bank statement, government check, paycheck, or other government document that shows your name and address.

If you do not provide the identification information listed above, you will be asked to show ID the first time you present to vote.

## Submitting Your Form:

If you are registering for the first time in your county of residence, or if you are changing your party affiliation, your county board of elections must receive your application with an *original signature*. If you are currently registered to vote in your county of residence and you are using this form to update your name, address, or other information, you may also fax or email a scanned image of your *signed* application.

## Registration Deadline:

To vote in an election, this form must be postmarked or delivered to your county board of elections office no later than **25 days** before the date of the election. If you are registering for the first time in your county of residence or you are changing your party affiliation, the board of elections must receive your original signed application. You may fax or email your signed application if you are only updating your name and address in the same county in which you are registered.

If you miss the voter registration deadline for an election, you may register and vote during the election's one-stop absentee voting period (early voting) by completing an application at a one-stop site in your county and showing an election official proof of your residential address in the county. Acceptable proof of residence documents include a NC driver license or other photo ID issued by a government agency or a current utility bill, bank statement, government check, paycheck or other government document that shows your name and address.

## National Voter Registration Act Statement:

If you are submitting this application to a public assistance agency or the North Carolina Division of Motor Vehicles, the location or office where you submitted the application will remain confidential and will be used only for voter registration purposes. Public assistance agencies, the North Carolina Division of Motor Vehicles, unemployment services must offer you the opportunity to register to vote at the initial application for service of assistance and during any recertification, renewal or change of address. If you decline to register to vote, the fact that you so declined will also remain confidential. If you would like help completing the voter registration application, the agency will help you. The decision whether to seek or accept help is yours. You may fill out the application form in private and return it to the agency that provided you the form or you may mail or deliver the form to your county board of elections office.

Applying to register or declining to register to vote will not affect the amount of assistance provided. If you believe that someone has interfered with your right to register to vote, or your right to choose your own political party or other political preference, you may file a complaint with the NC State Board of Elections, PO Box 27255, Raleigh NC 27611-7255 or you may call the agency at 1-866-522-4723.



Checkout our **County Offices** link for contact information for your county board of elections.



Checkout our **Voter Search Tool** to check the status of your existing voter registration record.



You may also mail this form to:
NC State Board of Elections
P.O. Box 27255
Raleigh, NC 27611-7255



Checkout our **Polling Place Lookup** to find your election day voting site.

For more information concerning voter registration and voting requirements, contact the NC State Board of Elections at **1-866-522-4723** or **elections.sboe@ncsbe.gov** or visit our website at **www.NCSBE.gov.**