

Dear Rhonda,

We've got two attorneys who are experts in election law.

They've got a legal team made up of radical Leftists that may **big enough to field a baseball team**.

*That's why I'm writing today:* they've got the numbers, but we have the truth - and I need your help to make sure the truth prevails!

On Novermber 21, the Civitas Center for Law and Freedom filed a lawsuit in federal court, seeking a preliminary injunction and temporary restraining order to have the more than 99,000 "same day registration" (SDR) ballots pulled from consideration until the registrations of these voters can be verified - **as required by state and federal law** - and as done for anyone who registers via normal registration.

Since we filed the lawsuit, here is a short list of the groups that have filed with the court to intervene as defendants:

1. The Southern Coalition for Social Justice
2. NC State Conference of the NAACP
3. The League of Women Voters of NC
4. Common Cause NC
5. NC A. Philip Randolph Institute, and
6. Up to four attorneys retained by the NC State Board of Elections...

Will you help make sure we have the resources to fight this battle through till the end? Please make your most generous gift right away.

The good news is that our argument is simple: Same Day Registration creates two, unequal classes of voters: traditional voters have their registrations verified before they are allowed to vote, while SDR registrations are not verified until after the election is over and their votes have been counted and certified.

Our lawsuit simply asks the court to ensure that all voters are treated equally under the law.

William Barber and the NAACP have claimed that Civitas "in a real sense, doesn't like people voting."

*This is nothing but a bald faced lie.*

We want every *eligible voter* to do their civic duty and vote and to not have their vote canceled by an illegal vote. A victory in this lawsuit will ensure that that happens.

Make your gift right now to help Civitas fight this battle!

Semper Fi,

*Francis X De Luca*

Francis X. De Luca
Col. USMCR(Ret)
President.



Copyright © 2016 Civitas Institute, All rights reserved.
You are receiving this email because you attend a Civitas Institute event and we want to keep you informed!

Our mailing address is:
Civitas Institute
805 Spring Forest Rd
Ste 100