

**NOTICE TO SAME-DAY REGISTRANTS**

**STATE OF NORTH CAROLINA**
**COUNTY OF [COUNTY]**

[COUNTY] COUNTY BOARD OF ELECTIONS
[ADDRESS]
[CITY/STATE/ZIP]

PHONE: XXX-XXX-XXXX     FAX: XXX-XXX-XXXX
XXXXXXXXXX.boe@ncsbe.gov

We cannot locate an active voter registration record for you in this county. If you are qualified to vote, you may register in person and then vote at this one-stop absentee voting site under the *same-day registration* provision. To be qualified:

- You must be a U.S. citizen.
- You must be at least 18 years of age, or will be 18 on or before **November 8, 2016**, the date of the general election.
- You must not be actively on probation or parole for a felony conviction.
- You must reside in this county and will have lived at your voting residence for at least 30 days prior to **November 8, 2016 –** the date of this election.

### ❶ Complete a Voter Registration Application

To register, you will be asked to provide information that will permit an election official to complete a North Carolina Voter Registration application. You will then need to sign the form attesting under penalty of a Class I felony that you meet all voting qualifications.

### ❷ Provide Proof of Residence

In addition, you will need to provide proof of your voting residence by presenting any of the following valid documents that show your current name and current residence address:

- a North Carolina driver's license;
- a photo identification from a government agency; or
- a current utility bill, bank statement, government check, paycheck, or other government document.

A complete list of acceptable documents is on the back of this notice. If you cannot present an acceptable proof of residence document, you may cast a provisional ballot, but your same-day registration application will not be processed during the one-stop absentee voting period until you provide acceptable proof of residence to the county board of elections by the close of business on **November 17, 2016**.

### ❸ Vote a Retrievable Ballot

A person who registers to vote under the same-day registration provision must vote a retrievable absentee ballot immediately after registering. If you decline to vote immediately, your registration will still be processed and you may later return to a one-stop absentee voting site in this county during this election to vote; however, you will not be eligible to vote if you wait until election day. One-stop absentee voting ends at **1:00 p.m.** on **Saturday, November 5, 2016**.

### ❹ Verification of Registration

Within two business days of your same-day registration, the county board of elections will verify your NC driver's license/ID or Social Security number, update the statewide registration database, and search for possible duplicate registrations in this county. In addition, the county board of elections must verify your address by mail by sending you a verification mailing -- your NC voter registration card. Your ballot will be counted unless the county board determines that you are not qualified to vote in accordance with North Carolina law.

In the event the county board of elections cannot verify your address, your voter registration application will be *denied* and your absentee vote may be subject to challenge. If challenged, you will receive an appropriate notice. The notice will give you instructions on how to appeal the challenge and you will be asked to present additional documentation that verifies your name and address. You are encouraged to check the status of your voter registration within two business days. You may check the status:

| by calling | by checking online at |
|:---:|:---:|
| **1-866-522-4723** | **www.ncsbe.gov** |

NC SBOE 2016.10

Case 5:16-cv-00913-D   Document 51-4   Filed 12/05/16   Page 1 of 2

## ACCEPTABLE IDENTIFICATION FOR PROOF OF RESIDENCE

**Current and valid photo ID:**

- NC driver license or identification card
- Photo ID issued from a government agency

**Document showing name and current address of the applicant:**

- utility bill (including mobile service providers)
- private bank statement
- property tax statement issued by a governmental agency
- vehicle registration issued by a governmental agency
- government check, including any Social Security, employment, pension, benefit, or reimbursement check from any government entity
- government invoice, statement, or receipt
- public housing identification card, lease, or rental statement
- public educational institution documents, including any student card, transcript, tuition statement, invoice, or receipt issued by any public educational institution
- government insurance plan card, drug discount card, or drug prescription issued by a government care facility (including military facilities)
- discharge certificates, pardons, or other government documents issued in connection with the resolution of a criminal case, indictment, sentence, or other matter
- public transportation authority cards, invoices, receipts or correspondence
- public assistance or disability agency documents
- documents issued by any government shelter, or temporary/transitional housing facility
- drug prescription issued by a government doctor or other governmental health care provider
- college and university roster used in conjuction with school photo ID

Any government-issued photo identification card is acceptable, so long as the card bears your **current name and current address**. A North Carolina driver's license or other government-issued photo identification may be expired.

If you present an identification document, the document must be the most recent version or at least dated within **three (3) months** of the date it is presented to an election official. Copies of acceptable documents are permissible. The original is not required. It is also permissible to present an electronic or online version of a document, as long as the document is obtained from the original source (e.g., e-Bills from utility companies, electronic bank statements, electronic earnings statement from employer, etc.) and shows your **current name and current address**.