```
 1              IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2

 3  NORTH CAROLINA STATE CONFERENCE ) CASE NO. 1:13CV658
    OF THE NAACP, et al.,          )
 4                                  )
            Plaintiffs,            )
 5                                  )
    V.                             )
 6                                  )
    PATRICK LLOYD MCCRORY, in his   )
 7  Official capacity as Governor   )
    Of North Carolina, et al.,      )
 8                                  )
            Defendants.            )
 9  _____

10  LEAGUE OF WOMEN VOTERS OF NORTH ) CASE NO. 1:13CV660
    CAROLINA, et al.,              )
11                                  )
            Plaintiffs,            )
12                                  )
    V.                             )
13                                  )
    STATE OF NORTH CAROLINA, et al.,)
14                                  )
            Defendants.            )
15  _____

16  UNITED STATES OF AMERICA,       ) CASE NO. 1:13CV861
                                    )
17          Plaintiff,             )
                                    )
18  V.                             )
                                    )
19  STATE OF NORTH CAROLINA, et al.,) Winston-Salem, North Carolina
                                    ) July 29, 2015
20          Defendants.            ) 9:03 a.m.
    _____

21

22          TRANSCRIPT OF THE TRIAL/DAY THIRTEEN
          BEFORE THE HONORABLE THOMAS D. SCHROEDER
23              UNITED STATES DISTRICT JUDGE

24
          Proceedings recorded by mechanical stenotype reporter.
25       Transcript produced by computer-aided transcription.
```

NAACP, et al. v. NC, et al. – Trial Day 13 – 7/29/15

1  APPEARANCES:

2  For the Plaintiff:
   (NAACP)                PENDA D. HAIR, ESQ.
3                         DONITA JUDGE, ESQ.
                          DENISE D. LIEBERMAN, ESQ.
4                         ADVANCEMENT PROJECT
                          1220 L Street, NW, Suite 850
5                         Washington, DC 20005

6                         DANIEL T. DONOVAN, ESQ.
                          BRIDGET K, O'CONNOR, ESQ.
7                         MICHAEL A. GLICK, ESQ.
                          CHRISTOPHER J. MANER, ESQ.
8                         JODI WU, ESQ.
                          KIRKLAND & ELLIS, LLP.
9                         655 15th Street, NW, Suite 1200
                          Washington, DC 20005
10
                          IRVING JOYNER, ESQ.
11                        N. C. CENTRAL UNIVERSITY SCHOOL OF LAW
                          P. O. Box 374
12                        Cary, North Carolina 27512

13

14 (LWV)                  ALLISON JEAN RIGGS, ESQ.
                          ANITA S. EARLS, ESQ.
15                        GEORGE E. EPPSTEINER, ESQ.
                          SOUTHERN COALITION FOR SOCIAL JUSTICE
16                        1415 W. Highway 54, Suite 101
                          Durham, North Carolina 27707
17
                          JULIE A. EBENSTEIN, ESQ.
18                        DALE E. HO, ESQ.
                          AMERICAN CIVIL LIBERTIES UNION FOUNDATION
19                        125 Broad Street, 18th Floor
                          New York, NY 10004-2400
20
                          CHRISTOPHER A. BROOK, ESQ.
21                        AMERICAN CIVIL LIBERTIES UNION OF NC
                          P. O. Box 28004
22                        Raleigh, North Carolina 27611-8004

23

24

25

NAACP, et al. v. NC, et al. – Trial Day 13 – 7/29/15

```
 1  APPEARANCES (Continued):

 2  (USA)                   CATHERINE MEZA, ESQ.
                            JOHN A. RUSS, IV, ESQ.
 3                          DAVID G. COOPER, ESQ.
                            AVNER M. SHAPIRO, ESQ.
 4                          SPENCER R. FISHER, ESQ.
                            ELIZABETH M. RYAN, ESQ.
 5                          JENIGH J. GARRETT, ESQ.
                            U. S. DEPARTMENT OF JUSTICE
 6                          Civil Rights Division
                            950 Pennsylvania Avenue, NW
 7                          Washington, DC 20530

 8                          GILL P. BECK, ESQ.
                            U. S. ATTORNEY'S OFFICE
 9                          100 Otis Street
                            Asheville, North Carolina 28801
10

11  (Intervenor
    Plaintiff):            JOSHUA L. KAUL, ESQ.
12                          PERKINS COIE, LLP
                            1 E. Main Street, Suite 201
13                          Madison, Wisconsin 53703

14                          BRUCE V. SPIVA, ESQ.
                            AMANDA R. CALLAIS, ESQ.
15                          PERKINS COIE, LLP.
                            700 13th Street, NW, Suite  600
16                          Washington, DC 20005

17
                            JOHN W. O'HALE, ESQ.
18                          POYNER SPRUILL, LLP
                            P. O Box 1801
19                          Raleigh, North Carolina 27602-1801

20

21  For the Defendants:

22  (State of NC)           ALEXANDER M. PETERS, ESQ.
                            KATHERINE A. MURPHY, ESQ.
23                          N.C. DEPARTMENT OF JUSTICE
                            P.O. Box 629
24                          Raleigh, North Carolina 27602

25
```

NAACP, et al. v. NC, et al. – Trial Day 13 – 7/29/15

```
 1  APPEARANCES (Continued):

 2  (State of NC)         THOMAS A. FARR, ESQ.
                          PHILLIP J. STRACH, ESQ.
 3                        MICHAEL D. MCKNIGHT, ESQ.
                          OGLETREE DEAKINS NASH SMOAK & STEWART
 4                        P. O. Box 31608
                          Raleigh, North Carolina 27622
 5
    (Governor)            BUTCH BOWERS, ESQ.
 6                        BOWERS LAW OFFICE, LLC
                          1419 Pendleton Street
 7                        Columbia, South Carolina 29201

 8

 9

10  Court Reporter:       BRIANA NESBIT, RPR
                          Official Court Reporter
11                        P.O. Box 20991
                          Winston-Salem, North Carolina 27120
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

NAACP, et al. v. NC, et al. – Trial Day 13 – 7/29/15

```
 1                        I N D E X

 2  DEFENDANTS' WITNESSES:                              PAGE:

 3

 4  KIM W. STRACH (Continued)

 5      Direct Examination by Mr. Peters                 7
        Cross-Examination by Mr. Donovan                56
 6      Cross-Examination by Ms. Riggs                 116
        Cross-Examination by Mr. Kaul                  129
 7      Redirect Examination by Mr. Peters             155
        Recross-Examination by Mr. Donovan             168
 8

 9  BRIAN NEESBY

10      Direct Examination by Mr. Strach               178
        Cross-Examination by Ms. Riggs                 222
11

12

13                        EXHIBITS
```

| Exhibits: | | Identified | Received |
|---|---|---|---|
| D-210 | NCSBOE analysis of voter wait times, November 2014 | 23 | 175 |
| D-234 | Declaration of Kim Strach, 3/9/15 | 27 | |
| D-234A | Exhibits attached to declaration of Kim Strach, 3/9/15 | 27 | |
| D-118 | NCSBOE Multipartisan Assistance Teams | 35 | 175 |
| D-236 | Appendix A to November 2014 NCSBOE analysis of voter wait times | 108 | 175 |
| D-16 | May 2015 NCSBOE analysis of mail verification failure rates of SDR and non-SDR voters | | 175 |
| D-BN-1 | Table of registration Source Code 01 applications over time | 194 | |
| D-BN-2 | Table of registration Source Code 06 applications over time | 198 | |
| D-343 | Summary of citizens Susan Schafer provided that were not able to vote in Durham County | 208 | |

NAACP, et al. v. NC, et al. – Trial Day 13 – 7/29/15

```
 1                         EXHIBITS

 2   Exhibits:                              Identified   Received
     D-13     Analytical comparison of hours,   208
 3            number of sites, and number of
              days of one-stop in 2010 and
 4            2014
     D-344    Analytics for 2008-2014 general   215
 5            elections for voters age 24 and
              under
 6   D-349    Comparison of curbside ballots    217
              by race
 7   D-BN-3   2010-2012 Mail verification       219
              failure rates for
 8            preregistrations

 9

10   P-723    N.C.G.S 163-82.7                   69        177
     P-490    Email from B. Neesby to K.         75        177
11            Strach/Preliminary verification
              mailing analysis, 11/7/14
12   P-565    NCSBOE List maintenance            91        177
              summary, 3/2013
13   P-629    Isela Gutierrez and Bob Hall       98
              article/"Alarm Bells from
14            Silenced Voters," 6/2015
     P-62     NCSBOE Memorandum                 111
15            2012-22/Recommendations and
              reminders to facilitate 2012
16            one-stop voting process
     P-564    NCSBOE presentation to House      134
17            Elections Committee
     P-742    Chart enlargement of NCSBOE                 178
18            analysis of voter wait times
     P-743    Chart enlargement of NCSBOE                 178
19            analysis of voter wait times

20

21

22

23

24

25
```

NAACP, et al. v. NC, et al. – Trial Day 13 – 7/29/15

1                    P R O C E E D I N G S

2              **THE COURT:**  Mr. Peters.

3              **MR. PETERS:**  Good morning.

4              **THE COURT:**  Good morning, everyone.  Are we ready to

5    proceed?

6              **MR. PETERS:**  Yes, sir.

7              **THE COURT:**  Ms. Strach, I remind you you are still

8    under oath.

9              **MR. PETERS:**  Thank you, Your Honor.

10                   DIRECT EXAMINATION (Continued)

11   **BY MR. PETERS**

12   Q    Good morning, Ms. Strach.

13   A    Good morning.

14   Q    Before we move on to a new topic, there are two or three

15   things from yesterday that I just want to make sure are clear

16   or follow up on a little bit.  The first is you mentioned

17   yesterday that all county boards of elections are made up of

18   three members; is that correct?

19   A    Correct.

20   Q    How are those three members appointed?

21   A    Those members are appointed by the State Board of

22   Elections.

23   Q    How are they nominated?

24   A    They are nominated by the state parties.  The Democrat

25   Party and the Republican Party submit names to the State Board

1    and then the Governor -- the party of the Governor will have

2    the majority of those members, of the two members, and then the

3    minority member -- all of those will be picked by State Board.

4    Q    So of the three members, two will be members of the same

5    time political party as the Governor?

6    A    Correct.

7    Q    And the third member will be a member of another political

8    party, and typically it is going to be the other named

9    political party?

10   A    That's correct.

11   Q    And how about with the State Board of Elections, the five

12   members?

13   A    The Governor appoints the five members of the State Board

14   of Elections, and that's based on recommendations from the two,

15   the Republican and Democrat Party.

16   Q    How do the five members -- how does that work politically

17   in terms of affiliation?

18   A    The same way.  The majority of the board will be the

19   political party of the Governor.  So three members will be of

20   the party of the Governor, two of the other party.

21   Q    So when you were talking yesterday about -- for a county

22   board to request a reduction in hours for the early voting

23   period and matching the cumulative hours from the last

24   comparable election, I believe you said that that decision has

25   to be unanimous by the county board?

1  A    Correct.

2  Q    And it also has to be unanimous from the State Board?

3  A    Correct.

4  Q    Is it fair to say that both the county and the State

5  Board -- that that, in essence, means that the Republican

6  members of the board and the Democratic members of the board

7  have to agree?

8  A    That's correct.

9  Q    Now, we talked some yesterday about list maintenance and

10  mail verification.  I just want to ask one or two follow-up on

11  that.

12       If a person fails mail verification and they fail before

13  their vote is counted, say if they registered toward the end of

14  the registration period or previously under same-day

15  registration and they fail before their vote is counted, if

16  they wish to vote at a later time, do they have to reregister?

17  A    If they fail, their registration would be denied; and so,

18  yes, they would have to reregister.

19  Q    If a person fails mail verification after voting, the next

20  time they come in to vote, do they have to reregister?

21  A    No, they would just have to confirm their address.

22  Q    With list maintenance, what happens if the confirmation

23  letter that you described yesterday doesn't come back to the

24  State Board or is returned undeliverable?

25  A    During the list maintenance process, if the confirmation

1  mailing goes out and is not returned or is returned

2  undeliverable, that voter would become inactive.

3  Q    If a person who was declared inactive for that reason or

4  noted as inactive in the registration list, if they showed up

5  at the polls in the subsequent election to vote, would they be

6  allowed to?

7  A    They would, as long as they confirmed their address.

8  Q    And as long as they're in the same county?

9  A    As long as they're in the same county.

10 Q    They would not have to reregister?

11 A    They would not.

12 Q    Thank you.  Let me ask you to turn your attention to

13 same-day registration.  And can you briefly describe what

14 same-day registration means?

15 A    Same-day registration means that a person could present

16 themselves at an early voting location and register to vote and

17 cast a ballot at the same time.

18 Q    And do you recall when same-day registration became

19 available in North Carolina?

20 A    I think it first went in in 2007.  The first general

21 election year was in 2008.

22 Q    2008.  And VIVA discontinued the practice of same-day

23 registration in North Carolina; is that correct?

24 A    Correct.

25 Q    So same-day registration was not in place in the 2014

1 election; is that correct?

2 A    It was not.

3 Q    All right.  But has the State Board, based on the

4 preliminary injunction issued by the Court, essentially

5 reinstituted same-day registration for the upcoming municipal

6 elections?

7 A    Yes.

8            **MR. PETERS:**  May I approach, Your Honor?

9            **THE COURT:**  Yes.

10 **BY MR. PETERS**

11 Q    Ms. Strach, have you had a chance to look at this exhibit?

12 A    I have.

13 Q    Can you identify what it is?

14 A    This is a report based on the 2012 election of mail

15 verification failure rates of same-day registration and

16 non-same-day registration voters.

17 Q    All right.  And let me -- I think this has been mentioned

18 before, but let me ask you to look at the date up at the top in

19 the header, May 2015.  Do you know when this report was

20 actually published?

21 A    I think it was finalized in June of 2015.

22 Q    All right.  Did you ask that this report be prepared?

23 A    I did.

24 Q    And who did you ask to prepare it?

25 A    I asked Veronica Degraffenreid and Brian Neesby to both

1  play a part in preparing this report.

2  Q    And as a reminder, who is Veronica Degraffenreid?

3  A    Veronica Degraffenreid is our elections support manager at

4  the State Board of Elections.

5  Q    And is she the person who had prepared the 2013 report you

6  referred to a few minutes ago?

7  A    Yes.

8  Q    And who is Brian Neesby?

9  A    Brian Neesby is a data analyst with the State Board of

10 Elections.

11 Q    Why did you ask them to prepare this report?

12 A    Back at the first -- in my first deposition, I was asked

13 questions about Veronica's 2012 report, which was a report that

14 looked at mail verification rates of non-SDR voters and -- or

15 non-SDR registrants and SDR voters, and it looked at the rates

16 that -- the people that registered in 2012, the rate at which

17 they failed mail verification.

18      The methodology that Ms. Degraffenreid used was -- she

19 looked at the status of that person in SEIMS, our statewide

20 voter registration system, to make a determination of whether

21 or not that voter had likely failed mail verification.

22      It did not look at whether or not people -- the non-SDR

23 registrants had voted.  So when being asked questions about

24 that in my first deposition, it was -- I was being asked

25 questions about same-day registration.  So I thought in order

1  to make sure that we dealt with the issues regarding same-day

2  registration, it was important to find the most accurate way of

3  determining whether someone had, in fact, failed mail

4  verification, rather than looking at a status that may or may

5  not be the reason why someone was in that particular status

6  because they had failed mail verification.

7      So Mr. Neesby, being our data analyst, was able to go back

8  and look at the verification log, which is a separate -- it's

9  something in SEIMS that allows him to look at each voter and

10 whether or not they actually failed mail verification without

11 looking at the status the voter was currently in.  So it

12 actually looks at the mailings.  So that's part of this report.

13     Also, with Ms. Degraffenreid, I wanted to make sure that

14 she included in her analysis whether or not people had voted,

15 because that is certainly significant when it comes to an

16 analysis of same-day registration of whether or not people

17 voted or whether just registered in 2012 that didn't vote.

18 Q   And why did you think that was important to look at,

19 whether or not they had actually voted?

20 A   Because that's sort of the central -- the concern about

21 same-day registration and mail verification is whether or not

22 someone that registered in the traditional registration period,

23 whether they could register and vote and fail mail

24 verification; whereas, during the same-day registration period,

25 people are registering and voting at the same time.  So I think

1  it's important to compare apples to apples, and that seemed to

2  be a better comparison.

3  Q    Okay.  And what is your understanding of what the report

4  shows?

5  A    What the report reflects is that people that registered in

6  2012 and voted, if they registered and voted during the

7  traditional time period, up to 25 days of the election, that

8  they failed mail verification at a lower rate than those that

9  voted -- registered and voted SDR, they failed mail

10 verification at a higher rate.

11 Q    Did it tell you anything about comparison on votes being

12 counted, whether -- the rate at which people who registered

13 using SDR, whether their votes were counted compared to those

14 who registered in a more traditional way?

15 A    Yes.  Same-day registration applicants -- I think the

16 report actually shows that 96 percent of people that registered

17 during the same-day registration period, their votes counted

18 before they could complete the mail verification process.  And

19 registrants -- traditional registrants, 96 percent of those

20 people -- I believe that's the correct figure, and I can verify

21 that -- are able to complete mail verification before they

22 vote.

23 Q    Let me ask you to look at page 3 of this report.  Do you

24 see the second chart, the one at the bottom of the page?

25 A    Yes.

1  Q    Let me ask you to look at the last line in that chart,

2  which reflects the registration period between October 18,

3  2012, and November 3, 2012.

4  A    Yes, I see that.

5  Q    Would those dates represent the time in 2012 that same-day

6  registration was available?

7  A    It would.

8  Q    And let me ask you to look under the column that says

9  "Total New Registrations, Voted."

10 A    Yes.

11 Q    And what is the number you see there?

12 A    96,529.

13 Q    Do you recall being asked last week a question about what

14 the effect on those 96,529 people might have been had same-day

15 registration not been in effect?

16 A    I do recall.

17 Q    And what is your opinion on the effect on these 96,529

18 people?

19 A    My opinion is that I don't believe that if the law was --

20 if there was not -- same-day registration was not in effect, I

21 don't believe that the 96,529 would have likely presented to

22 vote.  I base it on the fact that I think that people that want

23 to vote want their vote to count, and that if people are

24 educated and realize that the law does not allow them to do

25 that, they will vote in a way which will allow their vote to

1  count.

2  Q    So are you saying that if people are educated as to what

3  the law requires, is it your belief that they adjust their

4  behavior to meet the requirements of the law?

5  A    That's exactly right.

6  Q    Are you aware of what happened with regard to people

7  presenting to vote out of precinct -- excuse me, I am jumping

8  ahead -- people who presented to vote in 2014 who were not

9  registered --

10  A    Yes.

11  Q    -- during early voting?

12  A    Yes.

13  Q    And does that inform at all your opinion on the

14  96,000-plus people who would, you think, not have turned up to

15  vote during -- attempting to use early voting?

16  A    It does.  We looked at the number of people that presented

17  in 2010, a comparable election, and registered using same-day

18  registration.  It was more than 20,000 people during the 2010

19  election that registered SDR.

20      In 2014, there were a little over 800 people that voted a

21  provisional ballot, and that ballot was not counted because

22  they were not registered.  So that, to me, says that people

23  understood that you could not same-day register in 2014.

24  Q    And I've been reminded that I failed to ask you, is this

25  exhibit Defendant's Exhibit Number 16 that you were looking at?

1   You can look at the blue sticker on the front.

2   A     Yes, it is.

3   Q     I failed to note that.

4         Do you know whether African-American registration has

5   declined since same-day registration was discontinued under

6   VIVA?

7   A     No, I don't believe that it has.

8   Q     And other than same-day registration, when it was

9   available, what other ways are there that a person can register

10  to vote?

11  A     There are several ways that people can register to vote.

12  People can go to their local county board of elections and fill

13  out a voter registration form.  People can go to our website or

14  their county board of elections website, which links to a voter

15  registration form, which they currently can print out and

16  submit to their county board of elections.  They can register

17  to vote at the DMV.  They can register to vote at public

18  libraries.  There's registrations at high school, colleges,

19  public assistance agencies.  There are many opportunities where

20  voter registration is offered.

21  Q     When you say they can register to vote at high schools or

22  colleges, do you know whether high schools and colleges are

23  required to have registration forms available?

24  A     They are.

25  Q     Might another way someone can register be through voter

1    drives -- or registration drives?

2    A    Absolutely.

3    Q    Are you aware of testimony by Dr. Stewart that

4    approximately 11,000 people registered after the close of books

5    in 2014?

6    A    Yes, I have been made aware of that.

7    Q    Based on your experience as executive director of the

8    State Board, do you have an opinion regarding what the 11,000

9    figure might represent?

10   A    I can't say specifically, but one thing I that -- a couple

11   of things is that I don't believe that they are as a result of

12   anything to do with same-day registration because that would

13   suggest that those people had to present at a polling place

14   during the early voting period and try to submit a voter

15   registration.

16        What I would also point out is that places like the DMV

17   and public assistance agencies and other places do not stop

18   offering voter registration because the books have closed.  So

19   there are reasons why a registration form would be processed.

20   It may not be processed during the time that the books are

21   closed, but the date of that application could be used as the

22   process date, or the process date could be used, and all of

23   those factors could be -- registration forms that are coming in

24   by some other means, but not as a result of same-day

25   registration.

1  Q    I believe you said this before, but when are the votes

2  that were cast by voters who registered using same-day

3  registration -- when are those votes counted?

4  A    On Election Day.

5  Q    And are those votes retrievable?

6  A    The same-day registration?

7  Q    Yes.

8  A    Same-day registration ballots are retrievable because they

9  are absentee ballots, but the law doesn't allow for them to be

10 retrieved unless they are challenged.

11 Q    And when does the challenge have to happen?

12 A    Election Day.

13 Q    And I want to make sure this is clear, too.  You mentioned

14 earlier that same-day registration will be offered during the

15 municipal elections?

16 A    It will be.

17 Q    Because of the injunction?

18 A    Yes.

19 Q    How will same-day registration be administered?  In other

20 words, is the SEIMS system set up to handle it, or will it be

21 by some other means?

22 A    No, the SEIMS system -- it will not be run through the

23 SEIMS system.  We set up a process that we actually have

24 piloted -- I wouldn't even call it pilot.  We actually

25 implemented it in Pasquotank County, but we sent staff there to

NAACP, et al. v. NC, et al. - Trial Day 13 - 7/29/15

1        **THE COURT:**   -- how do you provide that information

2   for Election Day, and how would that be any different from

3   whatever you would be doing during early voting?

4        **THE WITNESS:**   Well, what -- as a good example, with a

5   county that uses the electronic machine is they wouldn't be

6   able to use the electronic machine on out-of-precinct.  On

7   Election Day -- in early voting sites, they don't use that

8   because you have to program the machine for the different

9   ballot styles.  So if you have -- the -- usually the machine

10  can only handle a certain number of ballots styles.

11       So on Election Day, if you had -- if you were using

12  the electronic voting equipment in all the, say, 200 precincts,

13  you would have to have the ability to program every one of the

14  ballot styles of the county into that machine.  Or if you

15  couldn't do that, you have to be able to vote on paper, a

16  provisional ballot or some other paper, in order to accommodate

17  that.

18       **THE COURT:**   So during early voting, if you have early

19  voting at the board of elections, for example, and you are

20  using an electronic machine, does that machine have the

21  capability of being programmed for any ballot in the county?

22       **THE WITNESS:**   Well, at least they would have multiple

23  machines to do that.  Because it may be, if you have more

24  ballot styles than the machine can handle, you would have to

25  have different machines to do that.  So if -- the early voting

NAACP, et al. v. NC, et al. – Trial Day 13 – 7/29/15

1  sites or the county board, yes, you would have the ability to

2  do that.

3         THE COURT:  Why would that not still be something you

4  could do on the same kind of electronic machine on Election Day

5  in each of the precincts?

6         THE WITNESS:  You could do that.  You would just have

7  to have multiple machines that were programmed and enough of

8  those to accommodate the amount of voters that would come, and

9  you would have to do that for every single precinct.

10         THE COURT:  Okay.  So if you are not using an

11  electronic but you're using paper ballots, how is that handled

12  during early voting for people who vote out of precinct?

13         THE WITNESS:  Who go to the early sites?  Right, you

14  have to have the ballot styles for every voter in the county at

15  these early voting sites.  So if you have three sites, you

16  would have all the ballot styles in those three sites.  If you

17  did that on Election Day, unless you went the provisional

18  ballot way, you would have to have the ballot styles for

19  every -- every voter in the county -- each precinct would have

20  to have the ballot style for that voter.

21         THE COURT:  How many precincts are in a county?

22         THE WITNESS:  It depends.  Wake County comes to mind.

23  They have 200, but you have some smaller counties that have a

24  smaller number of precincts, and there may be even some

25  counties that have a larger number of precincts.  So it varies

1    county by county; but, generally, your precincts are going to

2    be a lot higher than your early voting centers.

3              THE COURT:  Then you also talked about the mail

4    verification process during early voting.  I just want to make

5    sure I understand.  If someone shows up for early voting, and

6    they have not completed the two-card process --

7              THE WITNESS:  Yes, sir.

8              THE COURT:  -- and they vote --

9              THE WITNESS:  Yes, sir.

10             THE COURT:  -- then under statute, what happens to

11   their vote?

12             THE WITNESS:  It would count unless that voter was

13   challenged on Election Day.  And if that voter is not

14   challenged on Election Day, that ballot would count.

15             THE COURT:  What if the second card comes back before

16   they attempt to vote?

17             THE WITNESS:  If the second --

18             THE COURT:  I'm sorry.  Somebody goes through the

19   normal registration and the second card comes back before they

20   attempt to vote during early voting or during the election.

21             THE WITNESS:  If someone registers and both cards

22   come back before they vote, their registration is denied and

23   their ballot wouldn't count before they vote.  They couldn't

24   vote.

25             THE COURT:  All right.  Is it possible for somebody

1  during same-day registration to have had an incomplete

2  registration, that is, that they showed up for same-day

3  registration during early voting, registered and voted?  Is it

4  possible for that person to ever be declared incomplete in the

5  registration?

6          THE WITNESS:  Usually it would be the job of the

7  precinct official, that they would have to have enough

8  information on that voter registration form to be able to

9  complete that process.  So, generally, you wouldn't have

10 incomplete information at a same-day registration site because

11 they're standing in front of the registrant and obtaining that

12 information.

13         THE COURT:  Okay.  For someone who registers in the

14 traditional 25 days or before the election time frame, is it

15 possible for them to have incomplete registration?

16         THE WITNESS:  Yes.

17         THE COURT:  And if that person shows up to vote at

18 any time, what happens to them?

19         THE WITNESS:  They would not be on the poll book

20 generally.  If the incomplete information was required

21 information that didn't allow the Board of Elections to process

22 them, they wouldn't show up on the poll book, but they would be

23 afforded the ability to vote a provisional ballot; and if the

24 information they provide in the provisional ballot process is

25 enough to satisfy the requirements, their vote -- their ballot

1  would count.

2          THE COURT:  Do you know what the law was in North

3  Carolina before House Bill 589 as to the order of candidates on

4  the ballot, how they were to be listed?

5          THE WITNESS:  Yes, I think I do.  It depends on what

6  type of election it is.  If it is a primary, there is a random

7  order that the candidates' names would appear in.  It's based

8  on a random order that the State Board sets.  And then in the

9  general, I believe prior to 589, the Democratic candidate -- it

10  would be in order of parties so that the Democratic candidate

11  came first.  I think that was changed with 589.  And we still

12  have the random selection during primaries.

13          THE COURT:  You say the Democratic candidate was

14  listed first under --

15          THE WITNESS:  Right.  I think it was based on

16  alphabetical of party.  I believe that's how it was.

17          THE COURT:  Was that by statute?

18          THE WITNESS:  That was by statute.

19          THE COURT:  Okay.  Anybody have any questions in

20  light of my questions on those topics?

21          MR. PETERS:  Just a very a little bit, Your Honor.

22          THE COURT:  All right.

23  BY MR. PETERS

24  Q    Ms. Strach, in response to some questions from the judge,

25  you referred to ballot styles.

1  A    Yes.

2  Q    What is a ballot style?

3  A    A ballot style is actually the -- based on where you live,

4  you're only entitled to vote for certain races, and that is

5  your ballot style.  That is the ballot that you are entitled to

6  vote, which may be different from someone else's ballot style

7  that lives in a different place and is entitled to vote for

8  different races.

9  Q    So just as an example, if you and I lived across the

10  street from each other, but the line for House of

11  Representative districts went down the street so that I am in

12  one district and you are in a different district for the House

13  of Representatives, that would require two ballot styles, one

14  for you and one for me?

15  A    Correct.  Generally, in a precinct, there may be multiple

16  ballot styles.

17  Q    Do you have a sense of how many ballot styles -- in a

18  general election when we are electing members of Congress and

19  members of the General Assembly, do you have a sense of how

20  many ballot styles there can be in a county?

21  A    It can range in the range -- it depends on how counties

22  code their ballots.  So you could have hundreds of ballot

23  styles.  You could.  You could have a few number of ballot

24  styles.  It just depends on the number of races and basically

25  the size of the county and the size of the districts within

NAACP, et al. v. NC, et al. – Trial Day 13 – 7/29/15