

# STATE BOARD OF ELECTIONS
6400 Mail Service Center ● Raleigh, North Carolina 27699-6400

**GARY O. BARTLETT**
Executive Director

**MAILING ADDRESS:**
P.O. BOX 27255
RALEIGH, NC 27611-7255

**MEMORANDUM 2012-20**

TO: Directors

FROM: Gary O. Bartlett, Executive Director

DATE: August 28, 2012

RE: Proof of Residency for Same Day Registrants

## Proof of Residence General Guidelines

As we approach the beginning of the one-stop absentee voting period for the 2012 General Election (October 18 – November 3, 2012), we would like to remind you about the requirements for persons who want to register and vote on the same day. G.S. § 163-82.6A, requires same day registrants to:

> Provide *proof of residence* by presenting any of the following valid documents that show the person's current name and current residence address: a North Carolina drivers license, a photo identification from a government agency, or any of the documents listed in G.S. 163‑166.12(a)(2). The State Board of Elections may designate additional documents or methods that suffice and shall prescribe procedures for establishing proof of residence.

The list of acceptable documents in G.S. § 163-166.12(a)(2) include:

> (1) A copy of a current and valid photo identification.
>
> (2) A copy of one of the following documents that shows the name and address of the voter: a *current* utility bill, bank statement, government check, paycheck, or other government document.

In compliance with these statutes, the list of documents that this office has designated as acceptable for "proof of residence" for same day registrants is attached to this memorandum. In addition, under the administrative authority given to us in G.S. § 163-82.6A, we define a "current" document to mean that

the document is the most recent version of the document <u>or</u> it is at least dated within six (6) months of the date of its presentation to a one-stop worker or county board staff for purposes of showing proof of residence. Copies of acceptable documents are permissible. The original is not required. It is also permissible for a voter to present an electronic or online version of a document, as long as the document is obtained from the original source (e.g., e-Bills from utility companies, electronic bank statements, electronic earnings statement from employer, etc.) and shows his or her current name and address.

## College/University Students

North Carolina law allows college students to register to vote and vote using their college or university address. See G.S. § 163-57(11). College students who live in dormitories or other campus residences may have difficulty producing a document that lists their campus address. It is acceptable for these individuals to show their college or university photo ID along with an official document from their college/university with their campus address. For this purpose, county boards are encouraged to work with the colleges and universities in your county to establish guidelines as to what documents would be acceptable. It is permissible for county boards to use an official electronic registry or data file from the institution that shows its current students and their campus address.