**From:** Francis De Luca <francis_deluca@nccivitas.org>
**Date:** September 10, 2013, 4:49:25 PM EDT
**To:** [DELETED]
**Subject: William Barber Wants to Read My Diary**



September 10, 2013

Dear [DELETED],

First the NSA – then the IRS – now its William Barber, the NAACP and its lawyers who want to snoop on Civitas!

They want to read our emails, look through our files – **even read our diaries.**

They filed a lawsuit against Governor McCrory for signing common sense election reforms into law, and now have they want to pull the Civitas Institute into their lawsuit like some kind of co-conspirator .

Yesterday, I received a letter from the NAACP's lawyers demanding that we:

- preserve any paper or electronic files or electronically stored data that relate in any way to H.B. 589 or any other legislation concerning North Carolina's elections laws that was proposed or enacted during the 2013-2014 legislative session.
- "be prepared to relinquish without limitation any spreadsheets, presentation slides, databases, calendars and calendar entries, diaries, meeting notes, telephone logs, contact manager information, internet usage files, offline storage, and information contained on laptops or other portable devices, as well as network access information"

While their threats and bullying don't worry me – what does worry me are the legal bills that are resulting from us defending our first amendment rights!

The NAACP has millions of taxpayer dollars behind their legal effort. I'm relying on your support to fight this!

**We are David fighting Goliath and we need your help with a tax-deductible donation now!**



"Give me your diaries..."

The NAACP is doing exactly what they accused us of: Intimidation.

Their lawyers think that they can demand complete and unfettered access to our files, our personal information, and even our diaries!

The lawsuit is against Governor McCrory, but they want to silence us by threatening us with a bogus demand.

by threatening us with a bogus demand.

**You and I aren't going to let that happen.**

We're not going to give up our files or be pulled into this lawsuit.

**That's where you come in:**

[I need your help to raise the funds](#) necessary to fight the attempts by this and other taxpayer-funded organizations to silence our voice in favor of fair and accurate elections.

[Help us build a war chest](#) to fight this lawsuit, and continue to challenge the Liberals, even under threats!

**If the NAACP wants to sue the governor, that is their business. If they want records he might have, get them from him.**

I will not let them go on a fishing expedition through our files, records and "diaries." All of the work we do is published and public and we work for you, not the NAACP.

[Your donation today](#) will ensure that we continue the fight for sound elections law and that we continue to force the liberals to take desperate measures like this one!

**[Donate Now.](#)**

Semper Fi,

*Francis X. De Luca*

Francis X. De Luca
Col. USMCR (Ret.)
President

PS, this isn't the first legal threat we've faced and I'm sure it won't be the last. With your support we can stand up to Barber and the NAACP and keep their grubby hands off our records! Join me in standing against the taxpayer dollar funded intimidation of the Left; [send your tax deductible gift right away](#)!