IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:16-913-D

| | |
|---|---|
| FRANCIS X. DE LUCA, | |
|         Plaintiff, | |
| v. | |
| THE NORTH CAROLINA STATE BOARD OF ELECTIONS; KIM WESTBROOK STRACH, in her official capacity as the Executive Director of the State Board; and A. GRANT WHITNEY, RHONDA K. AMOROSO, JOSHUA D. MALCOLM; JAMES BAKER and MAJA KRICKER, in their official capacities as members of the State Board of Elections, | ORDER ALLOWING WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION |
|         Defendants, | |
| and | |
| LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE, COMMON CAUSE NORTH CAROLINA, KAY BRANDON, SARA STOHLER, HUGH STOHLER, ANTHONY MIKHAIL LOBO, ANNA JAQUAYS, and MICHAEL T. KUYKENDALL, NORTH CAROLINA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, | |
|         Defendant-Intervenors, | |

This matter comes before the Court on Plaintiff's Motion to Withdraw Request for Preliminary Injunction in this matter. For good cause shown, the Motion is hereby GRANTED.

Plaintiff has further moved the Court to abate the briefing schedule until further docketing Order of the Court. The prior deadline for briefs from the Defendants and Intervenors is stayed pending further scheduling orders of this court.

SO ORDERED.

This the 5 day of December, 2016.

Honorable James C. Dever, III
Chief United States District Judge