# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| FRANCIS X. DELUCA <br> *Plaintiff* <br> v. <br> NC STATE BOARD OF ELECTIONS, et al. <br> *Defendant* | Case No. 5:16-cv-913 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants

Date:    12/15/2016

/s/ James Bernier, Jr.
*Attorney's signature*

James Bernier, Jr.   State Bar No. 45869
*Printed name and bar number*

N.C. Department of Justice
P.O. Box 629
Raleigh NC  27602

*Address*

jbernier@ncdoj.gov
*E-mail address*

(919) 716-6900
*Telephone number*

(919) 716-6763
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

This the 15th day of December, 2016.

/s/ James Bernier, Jr.
James Bernier, Jr.
Assistant Attorney General