IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO. 5:16-cv-913-D

| | |
|---|---|
| FRANCIS X. DE LUCA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE NORTH CAROLINA STATE BOARD OF ELECTIONS; KIM WESTBROOK STRACH, in her official capacity as the Executive Director of the State Board; and A. GRANT WHITNEY, RHONDA K. AMOROSO, JOSHUA D. MALCOLM; JAMES BAKER and MAJA KRICKER, in their official capacities as members of the State Board of Elections,<br><br>    Defendants,<br>and<br><br>LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE, COMMON CAUSE NORTH CAROLINA, KAY BRANDON, SARA STOHLER, HUGH STOHLER, ANTHONY MIKHAIL LOBO, ANNA JAQUAYS, and MICHAEL T. KUYKENDALL, NORTH CAROLINA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>    Defendant-Intervenors, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

NOW COMES Plaintiff, Francis X. De Luca, by and through undersigned counsel, respectfully submits this notice that the above-captioned action is voluntarily dismissed,

without prejudice against all defendants and defendant-intervenors. No pleading barring such dismissal under the terms of Fed. R. Civ. P. 41(a)(1)(A)(i) has been filed. Dismissal pursuant to that rule therefore appropriate.

This the 20th day of December, 2016.

Respectfully submitted,

By: /s/ Josh Howard
Josh Howard
NC Bar No. 26902
115 ½ West Morgan Street
Raleigh, NC  27601
(919) 521-5878
Fax: (919) 882-1898
jhoward@ghz-law.com


By: /s/ Karl S. Bowers, Jr.
Karl S. Bowers, Jr.*
Federal Bar #7716
P.O. Box 50549
Columbia, SC 29250
(803) 260-4124
Fax: (803) 250-3985
butch@butchbowers.com
*appearing pursuant to Local Rule 83.1(d)

*Attorneys for Plaintiff Francis X. De Luca*

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing NOTICE through the electronic service function of the Court's electronic filing system, as follows:

Joshua Lawson
Katelyn Love
NC Board of Elections
441 N. Harrington Street
Raleigh, NC 27603

James Bernier, Jr.
Alexander McClure Peters
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602

Allison Jean Riggs
Anita S. Earls
Southern Coalition for Justice
1415 West Highway 54, Suite 101
Durham, NC 27707

Irving L. Joyner
P.O. Box 374
Cary, NC 27512

Martha A. Geer
Cohen Milstein Seller & Toll, PLLC
150 Fayetteville St., Suite 980
Raleigh, NC 27601

Leah Kang
Caitlin Anne Swain-McSurely
Penda D. Hair
400 W. Main Street, Ste 203
Durham, NC 27701

This the 20th day of December, 2016.

                                          /s/ Josh Howard
                                          Counsel for Plaintiff